POWER & LIGHT CO. v. MERRITT

No. 217 PC.

Case below: 41 N.C. App. 438.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1979.

SMITH v. STATON

No. 211 PC.

Case below: 41 N.C. App. 395.

Petition by defendants for discretionary review under G.S. 7A-31 denied 23 August 1979.

SNML CORP. v. BANK

No. 187 PC.

Case below: 41 N.C. App. 28.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1979.

STATE v. CORRIHER

No. 279 PC.

Case below: 42 N.C. App. 257.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 August 1979.

STATE v. CRONIN

No. 204 PC.

No. 96 (Fall Term).

Case below: 41 N.C. App. 415.

Petition by the State for discretionary review under G.S. 7A-31 allowed 23 August 1979.